■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORIE HEYWARD, Appellant. [827 NYS2d 678]—Judgment, Supreme

Court, New York County (Laura A. Ward, J.), rendered on or about April 29, 2005, unanimously affirmed. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sullivan, Nardelli and Gonzalez, JJ.